UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-00114-BYP |
| | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | MOTION TO CONTINUE |
| | ) | SENTENCING |
| | ) | |
| WILLIAM HARTSON, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the defendant, William Hartson, by and through his attorney, Edwin J. Vargas, and herein moves this court for an order continuing the sentencing hearing of Tuesday, November 12, 2024 sentencing.

Undersigned counsel has been summoned for jury duty by the Cuyahoga County Court of Common Pleas starting Tuesday, November 12th, through that entire week. The undersigned counsel attempted to reschedule his jury service; however, this was not possible because of a prior rescheduling.

The government does not object to this motion, and the undersigned counsel proposes the following dates to reschedule Mr. Hartson's sentencing. The first available date is November 25, 2024, and then counsel is available on December 9th and 11th, 2024. All dates suggested are unscheduled, and counsel is available all day.

**_The United States Attorney's office has no objection to this continuance._**

1

WHEREFORE, William Hartson, by and through his attorney, Edwin J. Vargas, moves this court for an order to continue the sentencing hearing on Tuesday, November 12, 2024.

Respectfully Submitted,

_____
Edwin J. Vargas (0062913)
The Vargas Law Firm Co. L.P.A.
PO BOX 6484
Cleveland, Ohio 44101
p 216.539.1236
f  216.674.8607
Edwin@edvargaslaw.com

Attorney for Defendant William Hartson

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing **Motion to Continue** was served on all parties indicated on the electronic receipt by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system via the Clerk of Court's ECF system this 8th day of November 2024:

_____
Edwin J, Vargas (0062913)

2